IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN OWEN SALES CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK POPCORN DISTRIBUTORS, INC., d/b/a Coast to Coast Candy,<br><br>Defendant. | Civil Action No. 06-536<br><br>DEFAULT JUDGMENT |

Default of the Defendant having been duly entered, and the Plaintiff having shown that the claim is for a sum certain, the Court hereby enters JUDGMENT for the Plaintiff against Defendant New York Popcorn Distributors, Inc., d/b/a Coast to Coast Candy for Principal in amount of $194,040.61 and Prejudgment interest in amount of $53,377.66; and Costs of $374.72 plus post-judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid.

Signed: January 31, 2007

_____
Frank G. Johns, Clerk
United States District Court