IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No: 3:06-cv-00536

| | |
|---|---|
| **JOHN OWEN SALES CO., INC.**<br><br>Plaintiff,<br><br>v.<br><br>**NEW YORK POPCORN DISTRIBUTORS, INC., d/b/a Coast to Coast Candy,**<br><br>**Defendant.** | **ORDER CANCELLING DEFAULT JUDGMENT** |

This matter is before the Court on Plaintiff's Petition to Cancel Entry of Default (Doc. No. 8). It appears from the pleadings and the record as a whole that good cause exists to grant the motion. Therefore, Plaintiff's Petition to Cancel Entry of Default is GRANTED. The Clerk is DIRECTED to close the case.

IT IS SO ORDERED.

Signed: March 2, 2007

_____
Frank D. Whitney
United States District Judge